UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br>PUTATUNDA, SUPTI MONA | Case No.: 18-20540-JNP<br>Chapter: 7<br>Judge: Jerrold N. Poslusny, Jr. |

## NOTICE OF PROPOSED ABANDONMENT

Andrew Sklar, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | Clerk, US Bankruptcy Court<br>District of New Jersey<br>PO Box 2067<br>Camden, NJ 08101 |

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny, Jr. on    August 14, 2018, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No.   4C  . (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| | |
|---|---|
| Description and value of property: | 11 BRANDYWINE DRIVE, MARLTON NJ 08053<br>(FMV $287,000.00) |

| | |
|---|---|
| Liens on property: | $186,470.44 - DITECH FINANCIAL (1ST)<br>$93,467.99 - PNC BANK (2ND) |

| | |
|---|---|
| Amount of equity claimed as exempt: | $23,675.00 |

Objections must be served on, and requests for additional information directed to:

Name:          Andrew Sklar, Chapter 7 Trustee

Address:       1200 Laurel Oak Road - Suite 102, Voorhees, NJ 08043

Telephone No.: 856-258-4050

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-20540-JNP
Supti Mona Putatunda                                                Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin              Page 1 of 1          Date Rcvd: Jul 11, 2018
                           Form ID: pdf905           Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 13, 2018.
```
db           +Supti Mona Putatunda,   11 Brandywine Drive,   Marlton, NJ 08053-1101
cr           +PNC BANK, N.A.,   3232 NEWMARK DRIVE,   MIAMISBURG, OH 45342-5421
517550681    +Alliance One Receivables Mgmt,   8755 Aero Drive, Suite 100,   San Diego, CA 92123-1750
517550682     American Express,   Attn: Bankruptcy Dept.,   16 General Warren Blvd.,   Malvern, PA 19355-1245
517550685    +Citi Cards,   P. O. Box 6004,   Sioux Falls, SD 57117-6004
517550687    +Firstsource Advantage LLC,   205 Bryant Woods South,   Buffalo, NY 14228-3609
517550688    +KML Law Group,   216 Hadden Ave, Suite 406,   Collingswood, NJ 08108-2812
517550689     PNC Bank,   PO Box 94982,   Cleveland, OH 44101-4982
517550692    +SRA Associates,   401 Minnetonka Rd,   Somerdale, NJ 08083-2914
517550691     Slate from Chase,   P.O. Box 15123,   Wilmington, DE 19850-5123
517550694    +TD Bank Card,   45 Earhart Dr Suite 102,   Buffalo, NY 14221-7809
517550693     Target Card Servicer to TD Bank,,   USA, NA,   3901 West 53rd Street,
               Sioux Falls, SD 57106-4216
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jul 11 2018 23:30:29     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 11 2018 23:30:25     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517550683     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 11 2018 23:34:06     Capital One,
               Attn: General Correspondence,   PO Box 30285,   Salt Lake City, UT 84130-0285
517550684    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 11 2018 23:34:06     Capital One,
               Attn: General Correspondence,   PO Box 71083,   Charlotte, NC 28272-1083
517550686    +E-mail/Text: bankruptcy.bnc@ditech.com Jul 11 2018 23:30:03     Ditech Financial LLC,
               PO BOX 6172,   Rapid City, SD 57709-6172
517550690     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 11 2018 23:34:38
               Portfolio Recovery Associates,   120 Corporate Blvd.,,   Norfolk, VA 23502
517552232    +E-mail/PDF: gecsedi@recoverycorp.com Jul 11 2018 23:33:56     Synchrony Bank,
               c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                       TOTAL: 7

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 10, 2018 at the address(es) listed below:
```
          Alla Gulchina    on behalf of Debtor Supti Mona Putatunda Enotice@pricelawgroup.com,
           alla@pricelawgroup.com
          Andrew Sklar    andy@sklarlaw.com, NJ43@ecfcbis.com;dolores@sklarlaw.com
          Frank J Martone    on behalf of Creditor  PNC BANK, N.A. bky@martonelaw.com
          Rebecca Ann Solarz    on behalf of Creditor  DITECH FINANCIAL LLC rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                        TOTAL: 5
```